DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PROBATE PROPERTIES, LLC, CONTINENTAL CONNECTIONS USA, LLC, DAVID MORDEKHAY,** and **GARY OTTO,**
Appellants,

v.

**AMIT REAL ESTATE, LLC** and **DOPS REAL ESTATE, LLC,**
Appellees.

No. 4D22-1506

[April 6, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE18-004227 (25).

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Martin E. Feldman of Fischer & Feldman, P.A., Hollywood, for appellants.

Lyle E. Shapiro and Beatriz M. Carta of Herskowitz Shapiro, PLLC, Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***